| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| REGINALD TWINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:17-CV-100 |
| | § | |
| ASHLAND ELASTOMERS, LLC and | § | |
| LION ELASTOMERS, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal (#9), filed January 5, 2018, and Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice.

SIGNED at Beaumont, Texas, this 8th day of January, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE